SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
UNITEDHEALTHCARE BENEFITS PLAN OF
CALIFORNIA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STAPLETON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE BENEFITS PLAN OF CALIFORNIA,<br><br>        Defendant. | Case No.:<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND RULE 7.1 DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant UnitedHealthcare Benefits Plan of California states that the following listed parties may have a pecuniary interest in the outcome of this case:

- Plaintiff Jackie Stapleton

- Defendant UnitedHealthcare Benefits Plan of California

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant UnitedHealthcare Benefits Plan of California is a 100%-owned subsidiary of United HealthCare Services, Inc.  United HealthCare Services, Inc. is a 100%-owned subsidiary of UnitedHealth Group Incorporated.  UnitedHealth Group Incorporated, a publicly traded company, has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

///

CERTIFICATE OF INTERESTED ENTITIES – RULE 7.1 DISCLOSURE

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: December 26, 2024            Respectfully submitted,

                                   SEYFARTH SHAW LLP


                                   By: */s/ Kathleen Cahill Slaught*
                                        Kathleen Cahill Slaught

                                   Attorneys for Defendant
                                   UNITEDHEALTHCARE BENEFITS PLAN OF
                                   CALIFORNIA

2
CERTIFICATE OF INTERESTED ENTITIES – RULE 7.1 DISCLOSURE