SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
UNITEDHEALTHCARE BENEFITS PLAN
OF CALIFORNIA

Jackie Stapleton
9439 N Saybrook Drive, #129
Fresno, CA 93720
noworriesjlr@yahoo.com
Telephone: (415) 748-7499
Facsimile: (916) 970-9117

Plaintiff JACKIE STAPLETON (*in pro per*)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STAPLETON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE BENEFITS PLAN OF CALIFORNIA,<br><br>Defendant. | Case No.: 2:24-cv-03738-DAD-AC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Action Removed: December 26, 2024<br><br>Response Due: January 2, 2025<br><br>New Response Date: January 30, 2025 |

Pursuant to Local Rule 144, Plaintiff JACKIE STAPLETON ("Plaintiff") and Defendant UNITEDHEALTHCARE BENEFITS PLAN OF CALIFORNIA ("Defendant") hereby stipulate to extend the time within which Defendant has to answer or otherwise respond to the Complaint by 30 days, through and including January 30, 2025.

Plaintiff filed a Complaint on or about April 28, 2023, against Defendant in the Superior Court for the State of California, County of San Joaquin, Case No. STK-CV-SC-2023-0004533 (the "State Court Action").  On December 26, 2024, Defendant removed the action to the United States District Court, Eastern District of California, Case No. 2:24-cv-03738-DAD-AC PS.

The Parties submit this Stipulation to extend the responsive pleading deadline pursuant to Local Rule 144, which does not require judicial approval.

THE PARTIES HEREBY STIPULATE that Defendant's time to respond to the Complaint be extended by 28 days from January 2, 2025, to January 30, 2025.  Nothing herein shall waive any of the Parties' rights, claims, or defenses, all of which are reserved.

IT IS SO STIPULATED.

DATED:  January 2, 2025

Respectfully submitted,

SEYFARTH SHAW LLP


By:/s/ *Kathleen Cahill Slaught*
Kathleen Cahill Slaught

Attorneys for Defendant
UNITEDHEALTHCARE BENEFITS PLAN OF CALIFORNIA

2

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)

DATED:  January 2, 2025

Respectfully submitted,

JACKIE AUBREY

By: _Jackie L. Aubrey_____

Jackie AUBREY previously known as
Jackie STAPLETON

Plaintiff (*in pro per*)

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28
DAYS (L.R. 144)