SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
UNITEDHEALTHCARE BENEFITS PLAN OF
CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STAPLETON, | Case No. 2:24-cv-03738-DAD-AC |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| UNITED HEALTHCARE BENEFITS PLAN OF CALIFORNIA, | |
| Defendant. | |

## PROOF OF SERVICE

I am over the age of eighteen years, and not a party to the within action.  My business address is 560 Mission Street, Suite 3100, San Francisco, California 94105.  On January 30, 2025, I served the within document(s):

**JUDGE CLAIRE'S INITIAL STANDING ORDER [DKT 2]**

**CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT FORM [DKT 2-1]**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by delivering the document(s) listed above to Nationwide Legal, Inc., for delivery to the person(s) at the address(es) set forth below with instructions that such envelope be delivered personally on January 30, 2025.

☒ by placing the document(s) listed above, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Jackie Stapleton
9439 N Saybrook Drive, #129
Fresno, CA 93720

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 30, 2025, at San Francisco, California.



_____
Mayela McArthur

2

PROOF OF SERVICE