SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
UNITEDHEALTHCARE BENEFITS PLAN OF
CALIFORNIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STAPLETON<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE BENEFITS PLAN OF CALIFORNIA,<br><br>    Defendant. | Case No. 2:24-cv-03738-DAD-AC<br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION PURSUANT TO L.R. 230(c)**<br><br>Action Removed:  December 26, 2024<br><br>Motion to Dismiss Date: March 19, 2025<br>Time: 10:00 a.m.<br>Location: Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, Courtroom 26, 8th Floor |

316312349v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that Plaintiff Jackie Stapleton's opposing papers to Defendant UnitedHealthcare Benefits Plan of California's (the "UHBP") Motion to Dismiss were due to be filed on or before Thursday, February 13, 2025.  As of the date of this filing, UHBP has not been served with opposing papers to UHBP Motion to Dismiss, and Plaintiff has not filed a corresponding opposition with the Court.  Pursuant to Eastern District Local Rule 230(c), the Court should consider Plaintiff's failure to timely file an opposition to UHBP's Motion to Dismiss as consent to the granting of UHBP's Motion to Dismiss.  *See, e.g.*, *Kristensen v. Expansion Capital Group, LLC*, 2016 WL 10988570, *1 (C.D. Cal. July 19, 2016) (deeming the plaintiff's failure to file an opposition or to otherwise comply with Central District Local Rule 7-9 as consent to the granting of the defendant's motion to dismiss first amended complaint); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

DATED:  February 19, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught

Attorneys for Defendant
UNITEDHEALTHCARE BENEFITS
PLAN OF CALIFORNIA

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2025, I caused the a copy of the foregoing to be filed electronically with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service.

*/s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught

3

316312349v.1