**Jackie Aubrey** (aka Jackie Stapleton), *Pro Per*
9439 North Saybrook Drive, #129
Fresno, CA 93720-0634
Tel: (415) 748-7499
Fax: (916) 970-9117
*Plaintiff Proceeding* **In Propria Persona**



MAR 05 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**United States District Court**

**Eastern District of California**

| | |
|---|---|
| Jackie Stapleton,<br><br>　　　*Plaintiff,*<br><br>vs.<br><br>**United Healthcare Benefits Plan of California,**<br><br>　　　*Defendant.* | Case No.:  2:24-cv-03738-DAD-AC<br><br>**Plaintiff's Opposition to Motion to Dismiss and Response to Order to Show Cause**<br><br>Date: **TBD**<br>Time: **TBD**<br>Judge: **Hon. Allison Claire** |

*To the Honorable Court, Defendant, and its Counsel of Record:*

1.　　I am Jackie Stapleton, the Plaintiff in this case. I am a nurse, not an attorney. I do not have any training in the law and have been very confused by all of the notices and material sent to me. I have made nearly thirty calls to find representation for me for this case and have not been able to find an attorney who will take the case, even if I could pay him, which I cannot.

2.　　I am also sick, so sick I cannot work and am on disability. I recently had an MRI and it found I have degenerative bone disease in my thoracic spine and neck. I was bed-ridden with medication and my replying was impossible during that period of time. I am still often in great pain and cannot focus on the computer to type. I did not realize I had been served a Notice to Dismiss because it was at the back of a large document, the alleged contract that was some 175 pages. I have been playing catch up as best I can.

3.　　I am being assisted *pro bono* by my brother-in-law (hereinafter, "Steve"), who is a paralegal. However, his help is limited because, as he tells me every time I ask him a question, he is a paralegal, not a lawyer and cannot give me legal advice. He has been typing and filling

1

things for me and is also talking to the attorney for United Healthcare Benefits Plan of California (hereinafter, "UHC"), Kathleen Cahill Slaught of Seyfarth Shaw, LLP, (hereinafter, "Slaught") as I get too nervous to speak with her.

4.     I apologize to the Court for filing this opposition late. I did not know I could do that and thought we would discuss it at the hearing. I took a class at the Superior Court in Stockton to prepare me for Small Claims court and it told me to bring my things to court and tell the judge. Steve, while not giving me legal advice, as told me things are very different in Federal court. I should plan on most things being written down and submitted in advance. I promise to do better in the future. Please accept this opposition to the motion to dismiss.

## Argument

5.     I believe there remain issues of law and fact still in dispute and, therefore, a dismissal is premature.

*Reason 1 —* Prima Facie *Case Demonstrated*

6.     I won a default judgment against UHC already in this case. In California's small claims system, a default is not awarded just because the other side does not show up, but because the plaintiff also makes a showing of a *prima facie* case before the judge. A copy of the judgment follows as Attachment 1. Therefore, there is a court finding this case is strong enough to stand on its own merits and meets the original burden of proving each and every element of the case. That court finding should not be ignored.

*Reason 2 — Issues of Fact and Law Remain*

7.     UHC bases its reason for dismissal on the wording in what it suggests is the contract governing this matter. However, nothing within the four corners of the agreement indicates it applies to me, my then employer, or my claim. The proof offered of its applicability is a sworn statement attesting to that fact, but that person has never been identified until now, nor have I had the opportunity to exam them and test the truthfulness and accuracy of their statements.

8.     Also, up until now, this has not been the claim of UHC. As Attachment 2 demonstrates, the claim was original denied because it was not an in-network ambulance ride.

9.     I went on to the UHC web site, logged in to my account and looked up the applicable

rules to me case. The rules the web site provided me, which I can only assume are the true and accurate rules that apply to my case as they were individual to my login, indicated the in-network restriction only applied to non-emergency transport.

10.    In this case, however, my then-husband came home from work to find me unconscious and non-responsive lying in a pool of my own vomit, urine, and feces. He did what he was trained to do as a medical professional in this case as he is a California-licensed (License number N8089741) dentist: he called 911. The responding Fire Department EMTs immediately summoned an ambulance to transport me to the emergency room. I was hospitalized for a total of five nights and was in the ICU for a total of 2 days. I had to have a sitter because I was mentally confused due to my medical condition. I left early because I was not receiving my medications on time. I suffered a seizure in the ER and needed a PICC line. I was gravely ill and would have died if not for the immediate medical intervention.

11.    I believe, therefore, this does not qualify as a non-emergency transport. There is not a restriction on emergency rides, which this clearly was, provided to me by UHC.

12.    As the Court can see, there have been differing stories for UHC as to what applies and what the rules of coverage are, thus a question of law and fact is present.

*Reason 3 — Application of Employee Retirement Income Security Act of 1974*

13.    UHC contends this matter is governed by the Employee Retirement Income Security Act of 1974 (hereinafter, "ERISA"), but I disagree. The matter is one of simple California law, public policy, contract law, and fairness. I had never heard of ERISA until UHC cited it as its reason for removal. I never brought the matter up in court or in any of my filings. I relied on the documents I found on their web site and sought relief in small claims court based on what they provided me. My settlement offer should not be admissible in this proceeding under Rule 408. Moreover, as my offer, copy provided by UHC, does not cite any Federal case law or ERISA.

14.    I got sick and needed emergency medical attention. Everyone on the scene recognized that fact. No one disputes the emergency ambulance ride was essential. I believe the rules of my coverage as provided to me by UHC covered an emergency ambulance ride. The excuse for not paying more than 20% of the cost as presented by UHC originally was not valid. UHC should

not be able to keep coming up with excuses (and they have pulled every excuse in the book, from saying they didn't receive the small claims complaint, though it was hand served on their Agent for Service, to their representative's dog died) to delay and avoid their responsibility. The *entire* point of insurance is to cover emergencies.

*Reason 32 —UHC Are Bullies*

15.    To take a simple small claims matter out of that court and move it to Federal Court is nothing more than legal bullying. They want me to be forced to spend more money than the case is worth. The amount is so small, attorneys with Federal practices won't take it. This is just a way to avoid their responsibility because they have millions of dollars and this Court shouldn't be a party to it.

### Conclusion

16.    There remain important issues of law and fact in this case. I ask the court to not hold my inability to respond in a timely manner and the clumsy, untrained manner in which I replied, but to deny the motion to dismiss, allowing the case to be decided on its merits.

I, Jackie Aubrey, aka Jackie Stapleton, declare under penalty of perjury under the laws of the United States of America the above is true and correct.

Dated this 4th of March, 2025

*Jackie Aubrey*
Jackie Aubrey, Plaintiff

Name and Address of Court:
Superior Court San Joaquin
180 E Weber Avenue
180 E Weber Avenue
Stockton, CA  95202

SMALL CLAIMS CASE NO.:
STK-CV-SC-2023-0004533

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS: | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS: |
|---|---|
| Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | Su caso ha sido resuelto por la corte para reclarnos judiciales menores. Si la corte ha decidido en su contra  y ha ordenado quo usted pague dinero, le pueden quitarsu salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el  reverso de  este formulario para obtener informacion de importancia acerca de sus derechos. |

PLAINTIFF/DEMANDANTE *(Name, street address, and telephone number of each)*

Jackie Stapleton
9439 N Saybrook Dr #129
Fresno, CA 93720
Telephone No.: **(415) 748-7499**

DEFENDANT/DEMANDADO* *(Name, street address, and telephone number of each)*

UnitedHealthCare Benefits Plan of California
5995 Plaza Drive
Cypress, CA 90630
Telephone No.: **(800) 523-5800**

☐ See attached sheet for additional plaintiffs and defendants.

## NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as indicated below on (date): 11/29/2023

1. Defendant(s)   UnitedHealthCare Benefits Plan of California   shall pay Plaintiff(s)   Jackie Stapleton   $4356.34 Principal and $75.00 costs on plaintiffs claim.

2. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.

3. CLERK'S CERTIFICATE OF MAILING --I certify that I am not a party to this action. The *Notice of Entry of Judgment* was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: Stockton, California

Date of mailing: 12/07/2023

Clerk, by   Mary Peterson  , Deputy

| **The county provides small claims advisor service free of charge. Read the information sheet on the reverse.** |
|---|

- JUDGMENT DEBTOR'S STATEMENT OF ASSESTS FORM SC-133 MAILED TO DEBTOR(S)

- NOTICE IS HEREBY GIVEN TO YOU PURSUANT TO SECTION 1952 OF THE CODE OF CIVIL PROCEDURE OF CALIFORNIA THAT ANY EXHIBITS INTRODUCED IN THE PROCEEDINGS OF THE ABOVE-ENTITLED ACTION MAY BE DESTROYED 60 DAYS AFTER THE CLERK'S MAILING OF JUDGMENT OR 60 DAYS FROM THE EXPIRATION OF THE APPEAL TIME.

  YOU MUST APPEAR PERSONALLY IN THE CLERK'S OFFICE AND CLAIM YOUR EXHIBITS.
  THE COURT WILL NOT MAIL THE EXHIBITS TO YOU.

| INFORMATION AFTER JUDGMENT | INFORMATION DISPUTES DEL FALLO DE LA CORTE |
|---|---|

Your small claims case has been decided. The **judgment** or decision of the court appears on the front of this sheet. The court may have ordered one party to pay money to the other party. The person (or business) who won the case and who can collect the money is called the **judgment creditor.** The person (or business) who lost the case and who owes the money is called the **judgment debtor.** Enforcement of the judgment is postponed until the time for appeal ends or until the appeals decided. This means that the judgment creditor cannot collect any money or take any action until this period is over. Generally, both parties may be represented by lawyers after judgment.

## IF YOU LOST THE CASE . . .

1. If you lost the case on your own claim and the court did not award you any money, the court's decision on your claim is **FINAL.** You may not appeal your own claim.
2. If you lost the case and the court ordered you to pay money, your money and property may be taken to pay the claim unless you do one of the following things:

### a. PAY THE JUDGMENT

The law requires you to pay the amount of the judgment. You may pay the judgment creditor directly, or pay the judgment to the court for an additional fee. You may also ask the court to order monthly payments you can afford. Ask the clerk for information about these procedures

### b. APPEAL

If you disagree with the court's decision, you may appeal the decision on *the other party's claim.* You may not appeal the decision on your claim. However, if any party appeals, there will be a new trial on *all* the claim. If you appeared at the trial, you *must* begin your appeal by filing a form called a *Notice of Appeal* (form SC-140) and pay the required fees within 30 days after the date this *Notice of Entry of Judgment* was mailed or handed to you. Your appeal will be in the superior court. You will have a **new trial** and you must present your evidence again. You may be represented by a lawyer.

### c. VACATE OR CANCEL THE JUDGMENT

If you did not go to the trial, you may ask the court to vacate or cancel the judgment. To make this request, you must file a *Motion to Vacate the Judgment* (form SC-135) and pay the required fee within 30 days after the date this *Notice of Entry of Judgment* was mailed. If your request is denied, you then have 10 days from the date the notice of denial was mailed to file an appeal. The period to file the *Motion to Vacate* the Judgment is 180 days if you were not properly served with the claim. The 180-day period begins on the date you found out or should have found you about the judgment against you.

## IF YOU WON THE CASE . . .

1. If you were sued by the other party and you won the case, then the other party may not appeal the court's decision.
2. If you won the case and the court awarded you money, here are some steps you may take to collect your money or get possession of your property:
   ### a. COLLECTING FEES AND INTEREST
   Sometimes fees are charged for filing court papers or for serving the judgment debtor. These extra cost can become part of your original judgment. To claim these fees, ask the clerk from a *Memorandum of Costs.*

### b. VOLUNTARY PAYMENT

Ask the judgment debtor to pay the money. If your claim was for possession for property, ask the judgment debtor to return the property to you. **THE COURT WILL NOT COLLECT THE MONEY OR ENFORCE JUDGMENT FOR YOU.**

### c. STATEMENT OF ASSETS

If the judgment debtor does not pay the money, the law requires the debtor to fill out a form called the *Judgment Debtor's Statement of Assets* (form SC-133). This form will tell you what property the judgment debtor has that may be available to pay your claim. If the judgment debtor willfully fails to send you the completed form, you may file an *Application and Order to Produce Statement of Assets and to Appear for Examination* (form SC-134) and ask the court to give you your attorney's fees and expenses and other appropriate relief, after proper notice, under Code of Civil Procedure section 708.170.

### d. ORDER OF EXAMINATION

You may also make the debtor come to court to answer questions about income and property. To do this, ask the clerk for an *Application and Order for Appearance and Examination* (Enforcement of Judgment) (form EJ-125) and pay the required fee. There is a fee if a law officer serves the order on the judgment debtor. You may also obtain the judgment debtors financial records. Ask the clerk for the *Small Claims Subpoena and Declaration* (form SC-107) or *Civil Subpoena Duces Tecum* (form SUBP-002)

### e. WRIT OF EXECUTION

After you find out about the judgment debtor's property, you may ask the court for a *Writ of Execution* (form EJ-130) and pay the required fee. Writ of execution is a court paper that tells a law officer to take property of the judgment debtor to pay your claim. Here are some examples of the kinds of property the officer may be able to take: **wages, bank accounts, automobile, business property, or rental income.** For some kinds of property, you may need to file other forms See the law officer for information.

### f. ABSTRACT OF JUDGMENT

The judgment debtor may own land or a house or other buildings. You may want to put a lien on the property so that you will be paid if the property is sold. You can get a lien by filing an *Abstract of Judgment* (form EJ-001) with the country recorder in the country where the property is located. The recorder will charge a fee for the *Abstract of Judgment*

---

**NOTICE TO THE PARTY WHO WON:** As soon as you have been paid in full, you *must* fill, you *must* fill out the form below and mail it to the court *immediately or* you may be fined. If an *Abstract of Judgment has* been recorded, you must use another form; see the clerk for the proper form.

SMALL CLAIMS CASE NO: STK-CV-SC-2023-0004533

### ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
( *Do not use this form if an Abstract of Judgment has been recorded*)

## To the Clerk of the Court

I am the ☐ judgment creditor ☐ assignee of record.

I agree that the judgment in this action has been paid in full or otherwise satisfied.

Date: _____

_____      _____
(TYPE OR PRINT NAME)                              (SIGNATURE)

Form Adopted for Alternative Mandatory Use
Judicial Council of California
SC-130

**Notice of Entry of Judgment**
**(Small Claims)**

SC-130
Page 2

Case 1:25-cv-10381-IT-SAB   Document 12   Filed 03/15/25   Page 7 of 7

Attachment 2

United Healthcare

UnitedHealthcare Benefits Plan of California
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-633-2446

November 10, 2022

Have more questions about your claim?
Visit www.myuhc.com
to view your claims and plan information.

## Claim Detail for JACKIE STAPLETON

Claim Number: DK6775055510

Patient Account Number:

Provider: AMERICAN MEDICAL
Provider Status: Out of Network

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Amount Not Owed | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider | | | | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 07/01/2022 | AMBULANCE | CO | $3,448.38 | $0.00 | $742.47 | $742.47 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 07/01/2022 | AMBULANCE | CO | $758.70 | $0.00 | $108.27 | $108.27 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 07/01/2022 | ADJUSTMENT | OH | $4,207.08 | $0.00 | -$850.74 | $141.78 | $0.00 | $0.00 | $0.00 | $0.00 | |

Claim Total:

This total does not reflect any deductibles/copays you made at the time of service. Please contact your provider's billing department regarding payment.

Notes*
Please note that appeal deadlines have been extended until further notice due to COVID-19. You should consult with your employer and visit the US Department of Labor website at dol.gov for more information and additional notices about the deadline extensions and how they may apply to you.

OH - WE RECEIVED MORE INFORMATION AND REPROCESSED THIS CLAIM. THE NEGATIVE DOLLAR AMOUNT SHOWN IS THE AMOUNT PREVIOUSLY PAID AND DOES NOT INDICATE AN OVERPAYMENT.

CO - AN OUT-OF-NETWORK PROVIDER OR FACILITY PROVIDED THESE SERVICES. THE CLAIM WAS PROCESSED USING YOUR NETWORK BENEFITS. YOU MAY BE RESPONSIBLE FOR PAYING THE DIFFERENCE BETWEEN WHAT THE FACILITY OR PROVIDER BILLED AND WHAT WAS PAID. THE NOT COVERED AMOUNT MAY NOT APPLY TO YOUR ANNUAL OUT-OF-POCKET MAXIMUM.

D1 - THE PLAN DISCOUNT SHOWN IS YOUR SAVINGS FOR USING A NETWORK PROVIDER. THE AMOUNT YOU OWE MAY INCLUDE YOUR COPAY, COINSURANCE, DEDUCTIBLE, PLUS ANY AMOUNT DUE IF YOU'VE REACHED YOUR BENEFIT LIMIT ON A COVERED SERVICE.

I4 - THIS SERVICE OR SUPPLY IS DENIED. IT IS CONSIDERED PART OF ANOTHER SERVICE PERFORMED ON THE SAME DAY, OR IT IS NOT ALLOWED AS A SEPARATE CHARGE.

You have the right to receive, upon request and free of charge, a copy of the internal rule, guideline or protocol that we relied upon in making the non-coverage decision for your claim.

STD-EOB

Use this EOB statement as a reference or retain as needed

Page 3 of 3