UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STAPLETON, | No. 2:24-cv-3738-DAD-AC |
| Plaintiff, | |
| v. | ORDER |
| UNITED HEALTHCARE BENEFITS PLAN OF CALIFORNIA, | |
| Defendant. | |

The court has reviewed plaintiff's application to proceed in forma pauperis. ECF No. 13. In forma pauperis status permits a person to file a lawsuit without prepaying fees or costs. Because defendant removed this case to federal court from state court, defendant is responsible for any prefiling fees and costs, not the plaintiff. Accordingly, the application at ECF No. 13 is DENIED as MOOT.

The court is in receipt of plaintiff's ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 14. The court has reviewed the filing and, upon finding good cause, GRANTS plaintiff's request. The clerk of court is hereby ordered to make the necessary arrangements to allow plaintiff to participate in electronic filing for this case.

IT IS SO ORDERED.

DATED: March 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE