**Jackie Aubrey** (aka Jackie Stapleton), *Pro Se*
9439 North Saybrook Drive, #129
Fresno, CA  93720-0634
Tel: (415) 748-7499
Fax: (916) 970-9117
*Plaintiff Proceeding* **Pro Se**

**United States District Court**

**Eastern District of California**

| | |
|---|---|
| **Jackie Stapleton**, <br><br> *Plaintiff,* <br><br> *vs.* <br><br> **United Healthcare Benefits Plan of California,** <br><br> *Defendant.* | Case No.:   2:24-cv-03738-DAD-AC <br><br> **Request to Move the Matter to the Fresno Court of the Eastern District** <br><br> Date: **TBD** <br> Time: **TBD** <br> Judge: **Hon. Allison Claire** |

*To the Honorable Court, Defendant, and its Counsel of Record:*

1.      I am Jackie Stapleton, the Plaintiff in this case. I live in Fresno, California, and have never lived in Sacramento.

**Argument**

2.      United Healthcare Benefits Plan of California (hereinafter, "UHC") originally removed this case to the Northern District of California, but that district lacked any jurisdiction and the request was dismissed.

3.      UHC then filed in the Sacramento court of the Eastern District and was granted removal.

4.      I do not live in Sacramento, but in Fresno, where there is also a court for the Eastern District.

5.      UHC has its Agent for Service in Glendale, California.

6.      The law firm for UHC is in San Francisco.

7.      Thus, no one has any nexus to the Sacramento court.

1

8.      The Sacramento court is more than three hours from my home and I am not well. I am out on disability and driving is difficult on me. The Sacramento location is a six-hour round trip for me.

9.      The Fresno court is also about three hours from San Francisco where the UHC's law firm is located, so the drive would be about the same for both of us.

10.     The Fresno court is simply a much more convenient venue to hear this case and I ask the Court to move the matter there.

11. My paralegal tried three times by phone and once by email to reach UHC's counsel to meet and confer, but was never able to reach her on my behalf. His attestation is attached.

**Conclusion**

11.     I ask this case be moved to the Fresno location of the Eastern District Court.

//

I, Jackie Aubrey, aka Jackie Stapleton, declare under penalty of perjury under the laws of the United States of America the above is true and correct.


Dated this 7th of March, 2025


_____
Jackie Aubrey, Plaintiff

**Jackie Aubrey** (aka Jackie Stapleton), *Pro Se*
9439 North Saybrook Drive, #129
Fresno, CA  93720-0634
Tel: (415) 748-7499
Fax: (916) 970-9117
*Plaintiff Proceeding* **Pro Se**

**United States District Court**

**Eastern District of California**

|  |  |
|---|---|
| **Jackie Stapleton**, | Case No.:  2:24-cv-03738-DAD-AC |
| *Plaintiff*, |  |
| *vs.* | **Declaration of Stephen R. Stapleton** |
| **United Healthcare Benefits Plan of California,** | Date: **TBD** |
| *Defendant.* | Time: **TBD** |
|  | Judge: **Hon. Allison Claire** |

I, Stephen R Stapleton, hereby declare the following as known to me personally. I called to testify, I can testify truthfully these statements.

1. At Jackie Aubrey's direction, I attempted to meet and confer with Kathleen Cahill Slaught of Seyfarth Shaw, LLP, the counsel of record, concerning the Jackie's request to move the case to Fresno.

2. I called once on Monday, March 5, 2025, and left a voicemail message each time with my name, telephone number, case information, and the reason for the call.

3. I called once on Monday, March 7, 2025, and left a voicemail message each time with my name, telephone number, case information, and the reason for the call.

4. I called twice on Monday, March 10, 2025, and left a voicemail message each time with my name, telephone number, case information, and the reason for the call.

5. I sent an email to Ms. Slaught on March 7, 2025, indicating the reason for the email and with information to return the email or call me.

//

1

6. As of the writing of this Declaration, I have not received a reply call or email from Ms. Slaught.

7. I am aware Ms. Slaught has been out of the office due to illness, but her office was unable to confirm if that was now the case. I believe the refusal to comment by the office staff is most reasonable and I do not wish to imply any wrong doing on their part, but simply to let the court know I was unable to ascertain a reason.

8. I am not an attorney and do not practice law. I have made this clear to Ms. Slaught in several conversations, but I also speak for Ms. Aubrey when I can help her as she is ill and have done my best within the bounds of the law to assist her in this matter, in particular, communicating with Ms. Slaught.

I, Stephen R. Stapleton, declare under penalty of perjury under the laws of the United States of America the above is true and correct.

//

Dated this 12th of March, 2025

_____
Stephen R. Stapleton, Plaintiff