# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STAPLETON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE BENEFITS PLAN OF CALIFORNIA,<br><br>        Defendant. | Case No. 1:25-cv-00351-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JULY 29, 2025<br><br>(ECF No. 24) |

On April 1, 2025, the parties filed a stipulation to continue the July 10, 2025 scheduling conference to any date after July 14, 2025 to accommodate counsel for Defendant's calendar. (ECF No. 24.) Accordingly, good cause appearing, the Court hereby ORDERS that the initial scheduling conference is CONTINUED to **July 29, 2025, at 10:00 a.m.** in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due **one week** before the new conference date.

IT IS SO ORDERED.

Dated:   **April 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1